UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Natalie Hirt Adams
Courtroom 11A

United States v. Alejandro Gil
8:26-mj-1900-LSG

| | |
|---|---|
| **Date**: April 27, 2025 | **Court Reporter**: Digital |
| | **Interpreter**: N/A |
| **Time**: 2:24 PM–3:00 PM<br>   | Total: 36 mins. | **Deputy Clerk**: Clara Reaves |

| **Government Counsel** | **Defense Counsel** |
|---|---|
| Brooke Padgett for Candace Rich, AUSA | Ryan Maguire, AFPD |

| **Initial Appearance/Preliminary Hearing** |
|---|

Defendant present with counsel.

Arrest Date: 4/27/2026

Court summarizes the charges and advises Defendant of Rule 5 rights.

Proceedings conducted pursuant to Rule 5(c).

Oral Motion to appoint counsel by defendant.

Court reviews financial affidavit. Court finds that the Defendant qualifies for the appointment of Counsel. AFPD appointed.

Preliminary held. Agent Anthony Bragano sworn and testified. Defendant cross examines witness.

Court finds probable cause.

Government seeks detention.

Defense asks to continue Bail Reform hearing to Friday.

Court continues hearing to Friday, 5/1/26 at 2pm.

Due process oral order given.

Court in recess.