UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No.: 8:26-mj-1900-LSG

ALEJANDRO GIL

_____/

## **ORDER OF TEMPORARY DETENTION**

At his initial appearance, the Defendant was afforded a hearing in accordance with the Bail Reform Act. *See* 18 U.S.C. § 3142(f)(2). The Government moved to detain the Defendant pending trial, noting the statutory presumption of detention associated with his drug trafficking charge. *See* 18 U.S.C. § 3142(e)(3)(A). The Defendant moved to continue the hearing to Friday, May 1, 2026.  He is entitled to the delay. *See* 18 U.S.C. § 3142(f)(2).

Accordingly, the Defendant shall be **TEMPORARILY DETAINED** pending the detention hearing scheduled for May 1, 2026 at 2:00 p.m.

In the meantime, the Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The Defendant shall be afforded a reasonable opportunity for private consultation with counsel.  On order of a court of the United

States or on request of an attorney for the Government, the person in charge of the corrections  facility in which the Defendant is confined shall deliver the Defendant to a United States  Marshal for the purpose of an appearance in connection with a court proceeding.

      **ORDERED** in Tampa, Florida, on April 27, 2026.

NATALIE HIRT ADAMS
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
United States Pretrial Services
United States Marshals Service

2