# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                                          **Case No. 8:26-mj-01900-LSG**

**JOSE ALEJANDRO GIL.**

_____/

## NOTICE OF APPEARANCE OF COUNSEL

The Office of the Federal Public Defender has been appointed by the Court to represent the Defendant, Jose Alejandro Gil, in the above-styled cause. The Clerk is requested to enter the appearance of Ryan J. Maguire, Assistant Federal Defender, as counsel for the Defendant.

DATED this 30th day of April 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

/s/ Ryan J. Maguire
Ryan J. Maguire,
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of April 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Candace Garcia Rich, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Defender