UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA  :

                               :

v.                              :      Case No.: 8:26-MJ-01900-LSG-1

                               :

ALEJANDRO GIL             :

_____  :

## **NOTICE OF APPEARANCE**

COMES NOW, undersigned counsel, on behalf of the Defendant, ALEJANDRO GIL, and files his notice of appearance as counsel of record. The Clerk of the Court and all parties of record are hereby notified that I appear for the Defendant indicated in the entitled action. Undersigned counsel requests that all notices, documents, pleadings, forms, motions, and all other matters pertaining to this case be sent to the physical and email address set forth below.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
511 West Bay Street
Suite 330
Tampa, Florida 33606
D:    (813) 228-6989
E:    mjo@markjobrien.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on May 4, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire